# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Richard Swann | § | Case No. 18-09219 |
| Alisa Swann | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 03/29/2018 .   The undersigned trustee was appointed on  03/29/2018 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $         40,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13.36 |
| Bank service fees | 406.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $         39,580.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/05/2018  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 31.09 , for total expenses of $ 31.09 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2019                    By:/s/Zane L. Zielinski, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 18-09219 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Richard Swann | | | | Date Filed (f) or Converted (c): | 03/29/2018 (f) |
| | Alisa Swann | | | | 341(a) Meeting Date: | 05/15/2018 |
| For Period Ending: | 03/18/2019 | | | | Claims Bar Date: | 10/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  13340 Valley View Homer Glen Il 60491-0000 Will | 625,000.00 | 625,000.00 | | 0.00 | FA |
| 2.  2000 Mercedes Benz Slk 320 Mileage: 65,000 | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 3.  2015 Aston Martin Vantage Mileage: 5,289 | 48,300.00 | 48,300.00 | | 0.00 | FA |
| 4.  Misc. Furniture, Housewares | 0.00 | 0.00 | | 0.00 | FA |
| 5.  2 Year Old Dell | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Bike, Treadmill | 500.00 | 0.00 | | 0.00 | FA |
| 7.  .45 Handgun | 200.00 | 0.00 | | 0.00 | FA |
| 8.  Everyday Wearing Apparel | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Watches, Ordinary Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10.  3 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Bmo Harris | 1,021.00 | 0.00 | | 0.00 | FA |
| 12.  Mb Financial | 8,000.00 | 0.00 | | 0.00 | FA |
| 13.  Amazon.Com 401(K) Plan/Vanguard Retirement Plan | 729,631.49 | 0.00 | | 0.00 | FA |
| 14.  Vanguard Federal Money Market Fund | 11,000.00 | 0.00 | | 11,000.00 | FA |
| 15.  Vanguard Federal Money Market Fund | 13,000.00 | 0.00 | | 13,000.00 | FA |
| 16.  Tools (Automotive Repair) | 1,500.00 | 0.00 | | 0.00 | FA |
| 17.  Amazon Bonus (u) | 0.00 | 16,000.00 | | 16,000.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,441,452.49 | $692,100.00 | | $40,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has retained an accountant and is preparing 2018 tax return.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 18-09219 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Richard Swann | Bank Name: Associated Bank |
| Alisa Swann | Account Number/CD#: XXXXXX2625 |
| | Checking |
| Taxpayer ID No: XX-XXX0064 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/18/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/18 | | Alisa Swann<br>13340 W Valley View Drive<br>Homer Glen, IL 60491-8705 | Settlement Funds | | $20,000.00 | | $20,000.00 |
| | | | Gross Receipts | $20,000.00 | | | |
| | 14 | | Vanguard Federal Money Market Fund | $11,000.00 | 1129-000 | | |
| | 15 | | Vanguard Federal Money Market Fund | $9,000.00 | 1129-000 | | |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.71 | $19,960.29 |
| 09/10/18 | | Alisa Swann<br>13340 W. Valley View Drive<br>Homer Glenn, IL 60491-8705 | Settlement Payment 2 of 2 | | $20,000.00 | | $39,960.29 |
| | | | Gross Receipts | $20,000.00 | | | |
| | 15 | | Vanguard Federal Money Market Fund | $4,000.00 | 1129-000 | | |
| | 17 | | Amazon Bonus | $16,000.00 | 1229-000 | | |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $39,930.61 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.82 | $39,881.79 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.29 | $39,822.50 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.30 | $39,765.20 |

| Page Subtotals: | $40,000.00 | $234.80 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 18-09219 | | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Richard Swann | | Bank Name: Associated Bank |
| Alisa Swann | | Account Number/CD#: XXXXXX2625 |
| | | Checking |
| Taxpayer ID No: XX-XXX0064 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/18/2019 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.12 | $39,706.08 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.04 | $39,647.04 |
| 03/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.24 | $39,593.80 |
| 03/13/19 | 5001 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | Bond Payment | 2300-000 | | $13.36 | $39,580.44 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $419.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $419.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,000.00 | $419.56 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2625 - Checking | $40,000.00 | $419.56 | $39,580.44 |
| | $40,000.00 | $419.56 | $39,580.44 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 18-09219                                                                                    Date: March 20, 2019

Debtor Name: Richard Swann

Claims Bar Date: 10/5/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $4,750.00 | $4,750.00 |
| 100 2200 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $31.09 | $31.09 |
| 100 3410 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1105 Chicago, IL 60606 | Administrative | | $0.00 | $1,338.50 | $1,338.50 |
| 1 300 7100 | Ford Motor Credit Company Llc P.O.Box 62180 Colorado Springs, Co 80962 | Unsecured | 2017 Ford car lease | $0.00 | $18,707.10 | $18,707.10 |
| 2 300 7100 | Keybank N. A. C/O Ken Strauss Saul Ewing Arnstein & Lehr 161 N. Clark St., Ste. 4200 Chicago, Il 60601 | Unsecured | | $713,604.51 | $712,586.67 | $712,586.67 |
| | Case Totals | | | $713,604.51 | $737,413.36 | $737,413.36 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 20, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-09219
Case Name: Richard Swann
          Alisa Swann
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand                                  $          39,580.44

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $    4,750.00 | $    0.00 | $    4,750.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $    31.09 | $    0.00 | $    31.09 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $    1,338.50 | $    0.00 | $    1,338.50 |

Total to be paid for chapter 7 administrative expenses        $        6,119.59

Remaining Balance        $        33,460.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 731,293.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ford Motor Credit Company Llc | $          18,707.10 | $              0.00 | $          855.96 |
| 2 | Keybank N. A. C/O Ken Strauss | $        712,586.67 | $              0.00 | $      32,604.89 |

Total to be paid to timely general unsecured creditors        $_____ 33,460.85

Remaining Balance                                              $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE