**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**RICHARD SWANN and ALISA SWANN,**<br><br>    **Debtor**. | Chapter 7<br><br>Bankruptcy No. 18-09219<br><br>Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

 I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #51)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 2, 2019.

Dated: April 2, 2019       **Zane L. Zielinski,** not individually but as the
                  chapter 7 trustee of the bankruptcy estate of
                  **RICHARD SWANN and ALISA SWANN,**

                  By: /s/ Zane L. Zielinski
                  Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
 **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d. 773-877-3191
f. 815-846-8516
e. trustee@zanezielinski.com

**Mailing Information for Case 18-09219**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Jose G Moreno**   nd-one@il.cslegal.com
- **David A. Newby**   dnewby@momlaw.com, lholub@momlaw.com
- **Christopher H Purcell**   shermlaw13@aol.com
- **Sean P. Williams**   sean.williams@saul.com

### Manuel Service List

| **Richard Swann** <br> 8642 Hotchkiss Dr. <br> Frankfort, IL 60423 | Keybank N. A. C/O Ken Strauss <br> Saul Ewing Arnstein & Lehr <br> 161 N. Clark St., Ste. 4200 <br> Chicago, Il 60601 |
|---|---|
| **Alisa Swann** <br> 13340 Valley View Dr. <br> Homer Glen, IL 60491 | |
| Ford Motor Credit Company Llc <br> P.O.Box 62180 <br> Colorado Springs, Co 80962 | |